UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | | |
|---|---|---|
| KAYE DENTISTRY, PLLC | : | 13-Cv-5306(JMF)(FM) |
| | : | |
| Plaintiff, | : | **NOTICE OF MOTION** |
| -against- | : | **TO DISMISS** |
| | : | |
| ANDREW TURCHIN, DMD and, | : | |
| ANDREW TURCHIN, DMD, PC | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned moves this Court, before the Honorable Jesse M. Furman, United States District Court Judge, on behalf of Defendants ANDREW TURCHIN, DMD and ANDREW TURCHIN, DMD, PC (together, "Turchin") for an Order of Dismissal of Plaintiff KAYE DENTISTRY, PLLC's Second Amended Complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as this court may deem just and proper.

Dated: November 23, 2013
      New York, New York

                                       Respectfully submitted,

                                       THE LAW OFFICE OF THOMAS M. MULLANEY

                                       By: _____
                                               Thomas M. Mullaney

-2-

        489 Fifth Avenue, 19th Floor  
        New York, New York 10017  
        (212) 223-0800

*Attorneys for Defendants*  
Andrew Turchin, DMD, and  
Andrew Turchin, DMD, PC